UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APBnews.com<br>a/k/a APB ONLINE INC.<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>　　　Defendant. | C.A. No. 00-0037 (RMU) |

**FILED JAN 22 2001 NANCY MAYER-WHITTINGTON, CLERK U.S. DISTRICT COURT**

## JOINT STIPULATION OF DISMISSAL

Plaintiff APBnews.com and defendant U.S. Department of Justice, parties to the above captioned action, hereby stipulate pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure to the dismissal of plaintiff's claims without prejudice. Each party will bear their own fees and costs. Neither party concedes the validity of the other party's claims or defenses, and nothing within this Stipulation shall constitute an admission by either party concerning their claims or defenses.

Date: January 4, 2001

_____
Mark S. Zaid, Esq.
D.C. Bar#440532
Lobel, Novins & Lamont
1275 K Street, N.W.
Suite 770
Washington, D.C. 20005
(202) 371-6626
Counsel For Plaintiff

_____
WILMA A. LEWIS
D.C. Bar #358637
United States Attorney

_____
MARK E. NAGLE
D.C. Bar #416364
Assistant U.S. Attorney

*[signature]*
Scott Harris
D.C. Bar#449037
Assistant U.S. Attorney
U.S. Department of Justice
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 307-0338

Counsel For Defendants

SO ORDERED: *[signature: Ricardo M. Urbina]*
HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE